FILED

05/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0231

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0231

CARYN MISKE,

      Plaintiff and Appellant,

v.

MONTANA DEPARTMENT OF
NATURAL RESOURCES
AND CONSERVATION,

      Defendant and Appellee.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

William L. Gianoulias, the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Mr. Gianoulias's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **PETER M. MELOY,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 30th day of May, 2023.

                                 Bowen Greenwood, Clerk of the Supreme Court

c:    Frederick F. Sherwood, rick@mswdlaw.com, info@mswdlaw.com
       Anne Elizabeth Sherwood, anne@mswdlaw.com
       Aislinn W. Brown, Aislinn.Brown@mt.gov, dojsupremecourtefilings@mt.gov,
              rochell.standish@mt.gov
       William L. Gianoulias, bgianoulias@mt.gov
       Peter M. Meloy, mike@meloylawfirm.com